1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SHULER; MICHAEL SHULER; DREAMWEAVER ANDALUSIANS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL MORTGAGE CAPITAL COMPANY, LLC; PRUDENTIAL FINANCIAL INC; SUNSHINE AGRICULTURE, INC.; CAPITAL AGRICULTURAL PROPERTY SERVICES, INC.; SIERRA PACIFIC FARMS, INC, a California Corporation; SOMIS PACIFIC AG MANAGEMENT; DOUG OHARA;<br><br>Defendants. | Case No. 2:14-cv-2025-RGK (RZx)<br><br>[PROPOSED] JUDGMENT<br><br>FEDERAL RULE 68 (a); |
| SIERRA PACIFIC FARMS, INC, a California Corporation; SOMIS PACIFIC AG MANAGEMENT; DOUG OHARA;<br><br>Cross-claimants,<br><br>vs. | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | UNITED STATES OF AMERICA (acting by and through Natural Resource Conservation Service); ROBERT E. MARTIN; ANDREW SALINAS; CHRISTINE SALINAS; DANNY P. HOLMES; HOLMES ENTERPRISES, SANCHEZ EARTHWORKS; and DOES 1 through 20, inclusive, |
| 7 | Cross-claim Defendants. |
| 8<br>9<br>10 | CAPTIAL AGRICULTURAL PROPERTY SERVICES, INC. and SUNSHINE AGRICULTURE, INC. |
| 11 | Cross-Complainant, |
| 12<br>13 | vs. |
| 14<br>15<br>16<br>17<br>18 | ROBERT E. MARTIN; ANDREW SALINAS; CHRISTINE SALINAS; DANNY P HOLMES; HOLMES ENTERPRISES; SANCHEZ EARTHWORKS; LYNN SHULER AND MICHAEL SHULER; and DOES 1 THROUGH 20, inclusive, |
| 19 | Cross-Defendants |

WHEREAS, plaintiffs commenced this action by filing a complaint on March 17, 2014, alleging an action under the Federal Tort Claims Act;

WHEREAS, on May 26, 2015, defendant United States of America made an Offer of Judgment in this matter pursuant to Rule 68 of the Federal Rules of Civil Procedure (Exhibit A attached hereto); and

WHEREAS, on May 28, 2015, plaintiffs accepted defendant United States of America's offer (Exhibit B, attached hereto);

2

[Proposed] JUDGMENT - RULE 68

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The United States of America shall pay plaintiffs Lynn Shuler, Michael Shuler and Dreamweaver Andalusians, LLC the sum of Fifty Thousand Dollars ($50,000), pursuant to the Rule 68 offer of judgment. This to include all costs, attorney's fees and all outstanding liens incurred to the date hereof in this matter.

2. This judgment shall be in full satisfaction of all federal and state claims or rights that plaintiffs Lynn Shuler, Michael Shuler and Dreamweaver Andalusians, LLC may have to damages, or any other form of relief arising out of the alleged acts or omissions of defendant United States of America, or any official or employee, either past or present, of the United States of America, including the Natural Resource Conservation Service.

3. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as liability by defendant United States of America, or any official, employee, representative, or agent of the United States of America, past or present, or the Natural Resource Conservation Service, or any another entity of the United States of America, nor is it an admission that plaintiffs Lynn Shuler, Michael Shuler and Dreamweaver Andalusians, LLC suffered any damages.

4. Acceptance of the offer of judgment has acted to release and discharge defendant United States of America, their successors and assigns, and all past and present officials, employees, representatives and agents of United States of America, from any claims that were or could have been alleged by plaintiffs Lynn Shuler, Michael Shuler and Dreamweaver Andalusians, LLC in this action. Acceptance of the offer of judgment has waived plaintiffs' right to any claim for interest on the amount of judgment.

//

**IT IS SO ORDERED**

DATED: JUN 1 6 2015

R. Gary Klausner, United States District Court Judge